IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MARILYN B. AMMONS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:06cv909-CSC |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| COMMISSIONER OF SOCIAL ) | |
| SECURITY, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

On January 31, 2008, plaintiff's counsel filed an application for attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d)(1) for fees in the amount of $2,937.50 and costs in the amount of $350.00. (Doc. # 16). The defendant does not object to the amount of requested. *See* Doc. # 18. The statute authorizes the court to "award to a prevailing party" fees, expenses, and costs. *See* 28 U.S.C. § (d)(2)(B). Accordingly, it is

ORDERED AND ADJUDGED that the motion for attorney's fees and expenses be and is hereby GRANTED and the plaintiff be and is hereby AWARDED fees in the amount of $2,937.50 and costs in the amount of $350.00.

Done this 13th day of February, 2008.

                                          /s/Charles S. Coody
                                          CHARLES S. COODY
                                          CHIEF UNITED STATES MAGISTRATE JUDGE